**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LYNN A. DICESARI,                       :
                                        :
                Plaintiff,              :    CIVIL ACTION
                                        :
        v.                              :    No. 11-CV-6815
                                        :
ASSET ACCEPTANCE LLC and                :
GORDON & WEINBERG, P.C.,                :
                                        :
                Defendants.             :

                        <u>ORDER</u>

_____AND NOW, this    18th    day of September, 2012, upon
consideration of Defendants' Motion to Dismiss Plaintiff's
Amended Complaint in its Entirety Pursuant to Fed. R. Civ. P.
12(b)(6) (Doc. No. 11), Plaintiff's response in opposition
thereto (Doc. No. 13), and Defendants' reply in further support
thereof (Doc. No. 14), and for the reasons set forth in the
accompanying Memorandum, it is hereby ORDERED that the Motion to
Dismiss is GRANTED with respect to the claims under subsections
1692e(5) and 1692f of the FDCPA in Count I and to Count IV and
DENIED with respect to the claims under subsection 1692e(2) of
the FDCPA in Count I and to Counts II and III.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, C.J.