```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LYNN A. DICESARI,                      :
                                       :
          Plaintiff,                   :    CIVIL ACTION
                                       :
     v.                                :    No. 11-CV-6815
                                       :
ASSET ACCEPTANCE LLC and               :
GORDON & WEINBERG, P.C.,               :
                                       :
          Defendants.                  :
```

**ORDER**

\_\_\_\_\_AND NOW, this   18th   day of September, 2012, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint in its Entirety Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 11), Plaintiff's response in opposition thereto (Doc. No. 13), and Defendants' reply in further support thereof (Doc. No. 14), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion to Dismiss is GRANTED with respect to the claims under subsections 1692e(5) and 1692f of the FDCPA in Count I and to Count IV and DENIED with respect to the claims under subsection 1692e(2) of the FDCPA in Count I and to Counts II and III.

```
                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.
```